**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

TAMMY HOKE,

     Plaintiff,

v.                                 CASE NO. 5:16-cv-00140-WTH-CJK

NANCY A BERRYHILL,

     Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND AFFIRMING THE DENIAL OF BENEFITS**

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 26, 2017.  (ECF No.  22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at ECF No. 23.  I have made a de novo review based on those objections.  Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this order.

2.     The Clerk is directed to enter the following judgment: "The decision of the Commissioner, denying benefits, is affirmed."  The Clerk is directed to close the file.

     **DONE AND ORDERED** this *20th*  day of February, 2018

**UNITED STATES DISTRICT JUDGE**